AB:AHT
F.#2009R02325

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 11-2 |
| CHRISTOPHER LEE, | (T. 18, U.S.C., §§ 1951(a) and 3551 et seq.) |
| Defendant. | |

- - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

### EXTORTION CONSPIRACY

In or about and between 2006 and 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CHRISTOPHER LEE, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendant and his coconspirators agreed to obtain property, to wit: proceeds of gambling operations, with the consent of the owners and managers of illegal gambling clubs in Long Island, New York, which consent

was to be induced through wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

*[signature]*

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK